### Mark A. ANDERSON, Petitioner–Appellant,

### v.

### Ronald ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.

### No. 01–7975.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Mark A. Anderson, Appellant Pro Se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark A. Anderson appeals from the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Anderson v. Angelone*, No. CA–01–529–3 (E.D. Va. filed Nov. 5, 2001 & entered Nov. 6, 2001; Dec. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*